UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

IN RE: PORK ANTITRUST LITIGATION

Civil No. 18-1776 (JRT/JFD)

This Document Relates To:

*Domino's Pizza LLC, et al. v. Agri Stats, Inc., et al.*, Civil No. 23-1831

ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT SEABOARD FOODS LLC

---

Plaintiffs Domino's Pizza LLC and Domino's Pizza Distribution LLC (collectively, "Domino's") and Defendant Seaboard Foods LLC ("Seaboard"), by and through their respective counsel, filed a stipulation to dismiss with prejudice Domino's claims in the above-captioned actions against Seaboard (the "Stipulation"). (Stipulation of Dismissal, Jan. 3, 2025, Docket No. 2848.)

Based on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that the parties' Stipulation [Docket No. 2848] is **GRANTED** as follows:

1.   All claims brought by Domino's against Seaboard in the above-captioned actions are dismissed with prejudice as to Seaboard. This includes any claims Plaintiffs have asserted against Seaboard in Civil No. 18-1776, including in the Direct Action Plaintiffs' Consolidated Complaint ("Consolidated DAP Complaint"), Docket No. 1659, as joined by Domino's. (*See* Civil No. 23-1831, Docket No. 3.) Domino's and Seaboard shall bear their respective fees and costs.

-2-

2. This Order does not apply to and has no bearing on any plaintiff or defendant in the above-captioned actions, including any of the plaintiffs or defendants identified in the Consolidated DAP Complaint, other than Domino's and Seaboard.

DATED: January 14, 2025                              s/John R. Tunheim
at Minneapolis, Minnesota.                            JOHN R. TUNHEIM
                                                                United States District Judge